Keely E. Duke
ISB #6044; ked@dukescanlan.com
Kevin A. Griffiths
ISB #8187; kag@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83702
Telephone:  (208) 342-3310
Facsimile:  (208) 342-3299

Meryl R. Lieberman, *admitted pro hac vice*
Cheryl P. Vollweiler, *admitted pro hac vice*
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
Telephone:  (914) 347-2600
Facsimile:  (914) 347-8898

*Attorneys for Plaintiff/Counterdefendant Evanston Insurance Company*

V:\Client Files\14\14-085 Evanston v. Bosski\Pleadings\MSJ-Motion.docx

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>BOSSKI, INC., an Idaho Corporation; and COLUMBIA RIVER MOTO-SPORTS, INC., an Oregon Corporation,<br><br>  Defendants. | Case No. 1:14-cv-00227-EJL<br><br>**PLAINTIFF/COUNTERDEFENDANT EVANSTON INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| BOSSKI, INC., an Idaho Corporation; and<br><br>  Counterclaimant,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>  Counterdefendant. | |

PLAINTIFF/COUNTERDEFENDANT EVANSTON INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT - 1

COMES NOW Evanston Insurance Company (hereinafter "Evanston"), through its undersigned counsel of record, and pursuant to Federal Rule of Civil Procedure 56, hereby moves this Court for an Order granting summary judgment in favor of Evanston and dismissing Defendants'/Counterclaimant's counterclaims against it with prejudice.

This Motion is supported by the Memorandum in Support of Motion for Summary Judgment, the Statement of Undisputed Material Facts In Support of Plaintiff/Counterdefendant Evanston Insurance Company's Motion for Summary Judgment, the Declaration of Counsel in Support of Evanston Insurance Company's Motion for Summary Judgment, and all other pleadings and papers on file in this matter.

Should the Court deny Evanston's Motion for Summary Judgment in whole or in part, Evanston requests, as an alternative, that the Court enter an Order, pursuant to Federal Rule of Civil Procedure 56(g), specifying which material facts are not genuinely in dispute and will be treated as established in the case.

ORAL ARGUMENT IS REQUESTED.

DATED this 22nd day of February, 2016.

          DUKE SCANLAN & HALL, PLLC

          By   /s/ Keely E. Duke
              Keely E. Duke – Of the Firm
              Kevin A. Griffiths – Of the Firm

          -and-

          TRAUB LIEBERMAN STRAUS &
            SHREWSBERRY LLP
          Meryl R. Lieberman, *admitted pro hac vice*
          Cheryl P. Vollweiler, *admitted pro hac vice*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 22nd day of February, 2016, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| A. Dean Bennett | adbennett@hollandhart.com, boiseintaketeam@hollandhart.com, sdalonzo@hollandhart.com |
| Scott D Hess | sdhess@hollandhart.com, boiseintaketeam@hollandhart.com, tanelson@hollandhart.com |
| Cheryl Paula Vollweiler | cvollweiler@traublieberman.com |
| Keely E. Duke | ked@dukescanlan.com, klb@dukescanlan.com, sls@dukescanlan.com |
| Kevin Alan Griffiths | kag@dukescanlan.com, klb@dukescanlan.com |
| Meryl R Lieberman | mlieberman@traublieberman.com |

                                                              /s/  Keely E. Duke
                                                              Keely E. Duke