Keely E. Duke
ISB #6044; ked@dukescanlan.com
Kevin A. Griffiths
ISB #8187; kag@dukescanlan.com
DUKE SCANLAN & HALL, PLLC
1087 W. River Street, Suite 300
P.O. Box 7387
Boise, Idaho 83702
Telephone:  (208) 342-3310
Facsimile:  (208) 342-3299

Meryl R. Lieberman, *admitted pro hac vice*
Cheryl P. Vollweiler, *admitted pro hac vice*
TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532
Telephone:  (914) 347-2600
Facsimile:  (914) 347-8898

*Attorneys for Plaintiff/Counterdefendant Evanston Insurance Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>       Plaintiff,<br><br>vs.<br><br>BOSSKI, INC., an Idaho Corporation; and COLUMBIA RIVER MOTO-SPORTS, INC., an Oregon Corporation,<br><br>       Defendants. | Case No. 1:14-cv-00227-EJL<br><br>**EVANSTON INSURANCE COMPANY'S APPLICATION FOR ENTRY OF DEFAULT AGAINST COLUMBIA RIVER MOTO-SPORTS, INC.** |
| BOSSKI, INC., an Idaho Corporation; and<br><br>       Counterclaimant,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>       Counterdefendant. | |

**EVANSTON INSURANCE COMPANY'S APPLICATION FOR ENTRY OF DEFAULT AGAINST COLUMBIA RIVER MOTO-SPORTS, INC. – 1**

COMES NOW Plaintiff Evanston Insurance Company, and, pursuant to Fed. R. Civ. P. 55(a), hereby moves for Entry of Default by the Clerk of the Court against defendant Columbia River Moto-Sports, Inc. for failure to answer, move or otherwise respond to the Complaint filed in the above-captioned matter, as required by law.

Default should be entered defendant Columbia based upon the record of this matter and based upon the *Declaration of Counsel in Support of Evanston Insurance Co.'s Request for Entry of Default Against Columbia River Moto-Sports, Inc.*, filed concurrently herewith.

DATED this 4th day of March, 2016.

          DUKE SCANLAN & HALL, PLLC

          By   /s/  Keely E. Duke
              Keely E. Duke – Of the Firm
              Kevin A. Griffiths – Of the Firm

          -and-

          TRAUB LIEBERMAN STRAUS &
            SHREWSBERRY LLP
            Meryl R. Lieberman, *admitted pro hac vice*
            Cheryl P. Vollweiler, *admitted pro hac vice*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of March, 2016, I electronically filed the foregoing document with the U.S. District Court. Notice will automatically be electronically mailed to the following individuals who are registered with the U.S. District Court CM/ECF System:

| | |
|---|---|
| A. Dean Bennett | adbennett@hollandhart.com, boiseintaketeam@hollandhart.com, sdalonzo@hollandhart.com |
| Scott D Hess | sdhess@hollandhart.com, boiseintaketeam@hollandhart.com, tanelson@hollandhart.com |
| Cheryl Paula Vollweiler | cvollweiler@traublieberman.com |
| Keely E. Duke | ked@dukescanlan.com, klb@dukescanlan.com, sls@dukescanlan.com |
| Kevin Alan Griffiths | kag@dukescanlan.com, klb@dukescanlan.com |
| Meryl R Lieberman | mlieberman@traublieberman.com |

                                                  /s/ Keely E. Duke
                                                  Keely E. Duke

**EVANSTON INSURANCE COMPANY'S APPLICATION FOR ENTRY OF DEFAULT AGAINST COLUMBIA RIVER MOTO-SPORTS, INC. – 3**