IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>vs.<br><br>BOSSKI, INC., an Idaho Corporation; and COLUMBIA RIVER MOTO-SPORTS, INC., an Oregon Corporation,<br><br>        Defendants.<br>BOSSKI, INC., an Idaho Corporation; and<br><br>        Counterclaimant,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br><br>        Counterdefendant. | Case No. 1:14-cv-00227-EJL<br><br>**CLERK'S ENTRY OF DEFAULT AGAINST COLUMBIA RIVER MOTO-SPORTS, INC.** |

Pursuant to Federal Rule of Civil Procedure 55(a), it appears by Motion (Dkt. 21) affidavit or otherwise from the records in the above-entitled action the Summons and Complaint have been served upon the Columbia River Moto-Sports, Inc. (Dkt. 4.)  It further appears that defendant has failed to plead or otherwise defend in said action, as directed in said Summons and as provided in the Federal Rules of Civil Procedure. The Defendant Columbia River Moto-Sports, Inc., is, therefore, in default.

DATED this 31st day of March, 2016.

ELIZABETH A. SMITH
Clerk of Court
/s/ Diane Chamberlain
By Deputy Clerk

**CLERK'S ENTRY OF DEFAULT AGAINST COLUMBIA RIVER MOTO-SPORTS, INC. – 1**