Scott D. Hess, ISB # 2897
A. Dean Bennett, ISB # 7735
HOLLAND & HART LLP
800 W. Main Street
Suite 1750
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:     (208) 342-5000
Facsimile:      (208) 343-8869
sdhess@hollandhart.com
adbennett@hollandhart.com

Attorneys for Bosski, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSSKI, INC., an Idaho Corporation; and COLUMBIA RIVER MOTO-SPORTS, INC., an Oregon corporations<br><br>    Defendants. | Case No.  1:14-cv-00227-EJL<br><br>**BOSSKI, INC.'S MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES** |
| BOSSKI, INC., an Idaho corporation,<br><br>    Counterclaimant,<br><br>Vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>    Counterdefendant. | |

**BOSSKI, INC.'S MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES - 1**

COMES NOW the Defendant/Counterclaimant, Bosski, Inc. (hereinafter "Bosski"), by and through its attorneys of record, Holland & Hart LLP, and moves this Court pursuant to Federal Rule of Civil Procedure 41, 54(d)(2) and Idaho Code 12-121 for an award of costs and attorney's fees. This Motion is being filed in advance of the entry of a formal judgment by the Court; however, both parties agree that this case is moot. In order to expedite resolution of the cost and attorney fee issue, Bosski is filing its Motion for Award of Fees and Costs contemporaneously with the Motion that it is filing requesting the Court to dismiss the case as moot.

RESPECTFULLY SUBMITTED

Dated this 28th day of June, 2017.

HOLLAND & HART LLP

By      */s/ Scott D. Hess*
Scott D. Hess
Attorneys for Defendant Bosski, Inc.

**BOSSKI, INC.'S MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES - 2**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 28th day of June, 2017, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Keely E. Duke | ked@dukescanlan.com |
| Kevin A. Griffiths | kag@dukescanlan.com |

                                                _____ */s/ Scott D. Hess* _____
                                                     for HOLLAND & HART LLP

9951125_1.doc

**BOSSKI, INC.'S MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES - 3**