UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, and Illinois Corporation<br>　　　　Plaintiff,<br><br>v.<br><br>BOSSKI, INC. an Idaho Corporation; and COLUMBIA RIVER MOTO-SPORTS, INC., an Oregon Corporation,<br>　　　　　　Defendants.<br><br>BOSSKI, INC., an Idaho Corporation,<br>　　　　　Counterclaimant,<br><br>v.<br>EVANSTON INSURANCE COMPANY, an Illinois Corporation,<br>　　　　　　Counterdefendant. | Case No. 1:14-cv-00227-EJL<br><br>**JUDGMENT** |

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that JUDGMENT is ENTERED in favor of Defendant Bosski, Inc. as to Count Two of the Complaint. Count One of the Complaint and the Counterclaims are DISMISSED AS MOOT.

DATED: January 2, 2018

_____
Honorable Edward J. Lodge
United States District Court

ORDER- 1