Scott D. Hess, ISB # 2897
A. Dean Bennett, ISB # 7735
HOLLAND & HART LLP
800 W. Main Street
Suite 1750
P.O. Box 2527
Boise, Idaho  83701-2527
Telephone:    (208) 342-5000
Facsimile:     (208) 343-8869
sdhess@hollandhart.com
adbennett@hollandhart.com

Attorneys for Bosski, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>BOSSKI, INC., an Idaho Corporation; and COLUMBIA RIVER MOTO-SPORTS, INC., an Oregon corporations<br><br>    Defendants. | Case No.  1:14-cv-00227-EJL<br><br>**SATISFACTION OF JUDGMENT** |
| BOSSKI, INC., an Idaho corporation,<br><br>    Counterclaimant,<br><br>Vs.<br><br>EVANSTON INSURANCE COMPANY, an Illinois corporation,<br><br>    Counterdefendant. | |

**SATISFACTION OF JUDGMENT - 1**

COMES NOW Defendant, Bosski, Inc., and hereby provides Notice of the full Satisfaction of Judgment and Orders by Evanston Insurance Company in the above-captioned matter.

Dated this 19th day of June, 2018.

                HOLLAND & HART LLP

                By */s/ Scott D. Hess*
                    Scott D. Hess
                    Attorneys for Defendant Bosski, Inc.

**SATISFACTION OF JUDGMENT - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of June, 2018 I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **Keely E. Duke**
  ked@dukescanlan.com, sls@dukescanlan.com, klb@dukescanlan.com

- **Kevin Alan Griffiths**
  kag@dukescanlan.com, klm@dukescanlan.com, klb@dukescanlan.com

- **Meryl R Lieberman**
  mlieberman@traublieberman.com

- **Cheryl Paula Vollweiler**
  cvollweiler@traublieberman.com

/s/ Scott D. Hess
for HOLLAND & HART LLP

11037680_1

**SATISFACTION OF JUDGMENT - 3**